## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS HERRERA on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL AUTOMOTIVE PARTS ASSOCIATION, LLC<br><br>Defendant. | Civil No.<br><br>**NOTICE OF REMOVAL** |

Defendant National Automotive Parts Association, LLC ("Defendant") by and through its counsel, Breuninger & Fellman, hereby gives Notice of Removal of the above-captioned matter from the New Jersey Superior Court, Hudson County to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

### I.     PLAINTIFF'S STATE COURT COMPLAINT

1. On July 12, 2023, Carlos Herrera ("Plaintiff") filed this State Court Action ("Complaint") in the Superior Court of New Jersey, Law Division, Hudson County, captioned Carlos Herrera, on behalf of himself and all others similarly situated vs. National Automotive Parts Association, LLC, Docket No. HUD-L-002482-23. On July 13, 2023, a Track Assignment Notice was generated by Hudson County Superior Court Case Management. (**Exhibit A**, Filed Complaint, Track Assignment Notice, Summary Sheet, Case Information Statement).

2. Service of Process was made on August 1, 2023. (**Exhibit B**, Service of Process Notification, Process Server Delivery Details, Summons, Letter, unfiled Complaint).

3. The above referenced documents constitute "a copy of all process, pleadings, and orders served upon" Defendant in the State Court Action, pursuant to 28 U.S.C. §1446(a).

4. This Notice of Removal is timely filed as it is filed within 30 days of August 1, 2023 as required by 28 U.S.C. §1446(b).

5. In his Complaint, Plaintiff brings two counts against National Automotive Parts Association, LLC alleging a violation of 42 U.S.C. §12181 *et seq.*, the Americans with Disabilities Act ("ADA"), based on an alleged failure by Defendant to maintain and operate its website in a way to make it fully accessible for himself and for other blind or visually impaired people. (**Exhibit A**, Complaint, ¶¶ 37-47).

6. In his Prayer for Relief, Plaintiff requests a preliminary and permanent injunction to prohibit Defendant from violating the ADA; requiring Defendant to take all the steps necessary to make its Website into full compliance with the requirements of the ADA, and its implementing regulations, so that the Website is readily accessible to and usable by blind individuals; a declaration that Defendant owns, maintains and/or operates its Website in a manner that discriminates against the blind and which fails to provide access for persons with disabilities as required by the ADA; Pre-judgment and post-judgment interest; an award of costs and expenses of this action together with reasonable attorneys' and expert fees. (**Exhibit A**, Complaint, Prayer for Relief).

## II. GROUNDS FOR REMOVAL AND FEDERAL QUESTION JURSDICTION

7. 28 U.S.C. §1331 provides that the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

8. 28 U.S.C. §1441(a) provides that a civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending.

9. Defendant removes this action based on federal question jurisdiction under 28 U.S.C. §1441(a) as Plaintiff's Complaint is based on alleged violations of 42 U.S.C. §12181 *et seq.*, the Americans with Disabilities Act, a claim arising "under the Constitution, laws, or treaties of the United States". As such, this Court has original jurisdiction over this action pursuant to 28 U.S.C. §1331 and removal of this case is proper under 28 U.S.C. §1441(a).

### III. VENUE

10. Venue is proper in the United States District Court for the District of New Jersey as this is the District Court of the United States within which Plaintiff's State Court Action is currently pending. 28 U.S.C. §1446(a).

### IV. NOTICE OF REMOVAL

11. Following filing of this Notice of Removal, Defendant will promptly give written notice to counsel for Plaintiff Carlos Herrera, Daniel Zemel, Esq., Zemel Law LLC, 660 Broadway, Paterson, New Jersey 07514 and shall file a copy of the of the notice with the Clerk of the Hudson County Superior Court.

### V. RESERVATION OF RIGHTS

12. By filing this Notice of Removal, Defendant waives none of its rights or objections as to service, jurisdiction, venue and hereby expressly reserves all its rights, defenses and motions available at law, in equity or otherwise. Nor is the filing of this Notice of Removal in any way to be construed as an admission of any fact or claim alleged by Plaintiff in his Complaint.

**WHEREFORE**, Defendant National Automotive Parts Association, LLC respectfully requests that the foregoing action pending in the Superior Court of New Jersey, Law Division, Hudson County, be removed to the United States District Court for the District of New Jersey.

                Respectfully submitted,

                */s/ Susan B. Fellman*
                Susan B. Fellman
                BREUNINGER & FELLMAN
                1829 Front Street
                Scotch Plains, NJ 07076
                T: (908)490-9900
                F: (908)490-9950
                sfellman@bfnjlaw.com

                Attorneys for Defendant National Automotive Parts Association, LLC

August 30, 2023