# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS HERRERA, on behalf of himself and all others similarly situated, | ) Case No: 2:23-cv-13017-CCC-JSA ) ) NOTICE OF DISMISSAL WITHOUT |
| Plaintiff, | ) PREJUDICE |
| vs. | ) ) |
| NATIONAL AUTOMOTIVE PARTS ASSOC., LLC. | ) ) ) |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff Carlos Herrera, through undersigned counsel, hereby dismisses his claims against Defendant National Automotive Parts Assoc., LLC., without prejudice and without attorney's fees or costs to either party.

Dated: September 26th, 2023

Respectfully submitted,

*/s/ Daniel Zemel*
Daniel Zemel, Esq.
Zemel Law LLC
660 Broadway,
Paterson, NJ 07514
Tel: (862) 227-3106
Fax: (973) 282-8603
Email: dz@zemellawllc.com
Attorney for Plaintiff, Carlos Herrera

SO ORDERED

　s/Claire C. Cecchi　
CLAIRE C. CECCHI, U.S.D.J.

Date:　9/27/2023